# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ERROL GETHERS,** | ) |
| **PLAINTIFF** | ) ) ) |
| v. | ) ) **CIVIL NO. 2:20-CV-218-DBH** |
| **STATE OF MAINE, ET AL.,** | ) ) ) |
| **DEFENDANTS** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 2, 2020, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Review of Plaintiff's Complaint. The time within which to file objections expired on July 16, 2020, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. After a review of the plaintiff's Complaint in accordance with 28 U.S.C. §§ 1915 and 1915A, the Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 27TH DAY OF JULY, 2020.**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**